# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GRACIELA SANCHEZ,

      Plaintiff,

v.                             No. 1:23-cv-1139 KG/KRS

MCANALLY WILKINS, INC.,
SOURCE ENERGY SOLUTIONS, LLC,
BERKLEY REGIONAL INSURANCE COMPANY, and
ANGEL SALAZAR,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on Plaintiff's Response to the Court's Order to Show Cause, (Doc. 17), filed April 12, 2024.  The Court ordered Plaintiff to show cause why this case should not be dismissed as to Defendants McAnally Wilkins, Inc. and Angel Salazar for failure to prosecute.  (Doc. 15).  Plaintiff states she intends to file a motion for entry of default judgment and default judgment pursuant to Fed. R. Civ. P. 55 as to Defendants McAnally Wilkins, Inc. and Angel Salazar.  (Doc. 17).  Based on Plaintiff's Response to the Order to Show Cause, the Court QUASHES the Order to Show Cause.  The Court will set a Rule 16 Scheduling Conference by separate order.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE