**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GRACIELA SANCHEZ,

     Plaintiff,

v.                                      No. 2:23-cv-01139-KG/KRS

MCANALLY WILKINS, INC.,
SOURCE ENERGY SOLUTIONS, LLC,
BERKLEY REGIONAL INSURANCE COMPANY,
and ANGEL SALAZAR,

     Defendants.

**<u>ORDER EXTENDING SCHEDULING ORDER DEADLINES</u>**

THIS MATTER having come before the Court upon the Joint Motion to Extend Scheduling Order Deadlines (Doc. 58). The Court having reviewed the Joint Motion and being fully advised in the premises FINDS THAT:

1.    Good cause exists to extend the Scheduling Order Deadlines and the Stipulated Order Extending Scheduling Order Deadlines as requested.

2.    The Scheduling Order and the Stipulated Order Extending Scheduling Order Deadlines shall be extended as follows:

- The new deadline for Defendants' expert reports is November 15, 2024.

- The new deadline for discovery is January 10, 2025.

- The new deadline for motions relating to discovery is January 31, 2025.

IT IS SO ORDERED this 25th day of October, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMIITED BY:

**PRIEST & MILLER, LLP**

*/s/ Dominic B. Romero*
Ada B. Priest
Dominic B. Romero
6100 Uptown Boulevard, NE Suite 620
Albuquerque, NM 87110
(505) 349-2300
Ada@PriestMillerLaw.com
Dominic@PriestMillerLaw.com
*Attorneys for Source Energy Solutions, LLC*

APPROVED:

**FADDUOL, CLUFF, HARDY & CONAWAY, P.C.**

*Approved via email 10/25/2024*
Isaac J. Lopez
Carlos E. Sedillo
3301 San Mateo Blvd., NE
Albuquerque, NM 87110
(505) 243-6045
islopez@fchclaw.com
csedillo@fchclaw.com
*Attorneys for Plaintiff*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*Approved via email 10/24/2025*
Lisa M. Wilson
901 Main Street, Suite 4800
Dallas, TX 75202
(214) 698-8000
Lisa.wilson@wilsonelser.com
*Attorneys for Berkley Regional Insurance Company*

**RILEY KELLER ALDERETE GONZALES**

*Approved via email 10/25/2024*
Drew A. Larkin
D. Chet Alderete
Consuelo U. Garcia
3880 Osuna Rd., NE
Albuquerque, NM 87109
(505) 883-5030
calderete@rileynmlaw.com
dlarkin@rileynmlaw.com
cgarcia@rileynmlaw.com
*Attorneys for Angel Salazar*